UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MATTHEW SANSCRAINTE, ) | Case No. 2:16-cv-01165 |
| Plaintiff, ) | |
| ) | JUDGE EDMUND A. SARGUS, JR. |
| v. ) | |
| ) | MAGISTRATE JUDGE |
| DARPAN MANAGEMENT, INC., *et al.*, ) | CHELSEY M. VASCURA |
| ) | **JUDGMENT ENTRY** |
| ) | **APPROVING SETTLEMENT** |
| Defendants. ) | |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the parties and memorialized in their Settlement Agreement, which has been filed under seal.

Having reviewed the Settlement Agreement, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment approving the Settlement, as follows:

1. This Action asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, and Ohio law.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Settlement Agreement, and orders that the Settlement Agreement be implemented according to its terms and conditions as directed herein.

4. The Court approves and awards attorneys' fees and costs reimbursements to Plaintiffs' Counsel as provided in the Settlement Agreement, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Agreement.

5. This Action and all claims of Plaintiff are dismissed with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

6. As requested by the parties, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any disputes thereunder.

**SO ORDERED:**

Date: 6-25-2018

EDMUND A. SARGUS, JR.
United States District Judge