AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MATTHEW SANSCRAINTE,**

      **Plaintiff,**

                            **JUDGMENT IN A CIVIL CASE**

v.

                            **CASE NO. 2:16-cv-1165**
                            **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**DARPAN MANAGEMENT, INC., et al.,**  **MAGISTRATE JUDGE CHELSEY M. VASCURA**

      **Defendants.**

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the parties agreement this case is DISMISSED.**

Date:  June 25, 2018                        RICHARD W. NAGEL, CLERK

                                                */S/ Christin Werner*
                                                (By) Christin Werner
                                                 Courtroom Deputy Clerk